UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
    Jermaine Ruffin

Case No. 17-41925-mar
Chapter 13
Hon. Randon

Debtor(s).
_____/

## MOTION TO ORDER THE EXTENSION OF THE AUTOMATIC STAY AS TO ALL CREDITORS

NOW COMES the Petitioner, by and through his attorney, MORRIS B. LEFKOWITZ, and moves unto this Honorable Court to extend the Automatic Stay under 11USC 362(c)(3)(B) this case for the following reasons:

1. Petitioners filed a Chapter 13 Petition in this matter on or about February 13, 2017.
2. The debtors previously filed a Chapter 13 case which was filed on February 23, 2016 and dismissed June 16, 2016.
3. The previous case was dismissed because debtor was wrongfully informed that he should wait for the wage order to begin.
4. Debtor further at the time of the previous case was obligated to make child support payments.
5. The son he was paying support for is now living with him and he no longer pays support.
6. He is now aware of his obligation to make payments on his own until the wage order begins and has received a letter to that effect from his lawyer's office.
7. 11 USC 362(c)(3)(B) provides that the court may extend the Automatic Stay past 30 days if it finds that the present case is filed in good faith as to the creditors being stayed.
8. The debtor has had a change because he is aware of his plan payment obligation and he no longer is paying child support for his son.
9. The debtor has the resources and ability to make the payments under this plan and submit this case in good faith.

WHEREFORE, Petitioner prays that this Honorable Court will order the extension of the Automatic Stay under 11USC 362(c)(3)(B) to take effect as to all creditors upon the entry of this order.

LAW OFFICES OF MORRIS B. LEFKOWITZ

/s/ Morris B. Lefkowitz
MORRIS B. LEFKOWITZ (P 31335)
Attorney for Debtor
24100 Southfield Rd., Ste 203
Southfield, MI 48075
(248) 559-0180
Mbl44@aol.com

Dated: 2/20/2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
    Jermaine Ruffin

Case No. 17-41925-mar
Chapter 13
Hon. Randon

Debtor(s).
_____/

## AFFIDAVIT

**STATE OF MICHIGAN** )
                         ) ss.
**COUNTY OF OAKLAND** )

    I Jermaine Ruffin, being first duly sworn, depose and states as follows:

1. That I am the debtor in this matter.
2. I filed a Chapter 13 bankruptcy on February 13, 2017.
3. My last case was filed February 23, 2016 and dismissed on June 16, 2016.
4. During my last case I was not fully informed of my plan payment obligations and was waiting for the wage deduction to start.
5. I was also paying $274.83per week for child support.
6. I am aware that I must make my first payment in this case by March 15, 2017 even if the wage deduction has not started.
7. I no longer have to pay child support because my 14 year old son lives with me and the child support obligation has been removed.
8. My income is sufficient for me to make my plan payments.

    I declare under penalty that I have read the foregoing Affidavit and that it is true and accurate to the best of my knowledge, information and belief.

                                       /s/ Jermaine Ruffin
                                       Jermaine Ruffin

Subscribed and sworn to before me
This 20th day of February, 2017

/s/ Eriola Suli
Eriola Suli, Notary
Oakland County, Michigan
My Commission Expires: 5-29-17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
    Jermaine Ruffin                              Case No. 17-41925-mar
                                                   Chapter 13
                                                   Hon. Randon

    Debtor(s).
_____/

## ORDER TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS

**WHEREAS,** upon hearing and filing of the Motion to Order the Extension of the Automatic Stay with all interested parties having been served under LBR 9014-1, and no objections having been filed, and the Court being fully advised as to the premises;

**IT IS HEREBY ORDERED** that this Honorable Court will Order the Extension of the Automatic Stay pursuant to 11 USC 362 (c)(3)(b)

**"Exhibit A"**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
Jermaine Ruffin

Case No. 17-41925-mar
Chapter 13
Hon. Randon

Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

STATE OF MICHIGAN )
                   )ss.
COUNTY OF OAKLAND  )

   MORRIS B. LEFKOWITZ, being first duly sworn, deposes and says that on the 20th day of  February , 2017 he did serve a copy of the Motion to Order the Extension of the Automatic Stay as to all Creditors, Proposed Order, and Certificate of Service, in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

Trustee:   Krispen S. Carroll, Chapter 13 Trustee, 719 Griswold, Suite 1100, Detroit, MI 48226

And to all Creditors listed on the attached matrix

                        /s/ Morris B. Lefkowitz
                        MORRIS B. LEFKOWITZ (P31335)
                        Attorney for Debtor
                        24100 Southfield Rd., Suite 203
                        Southfield, MI 48075
                        248-559-0180
                        morrie@lefkowitzlawgroup.com

```
Label Matrix for local noticing          46th District Court                      AM Vent Capital LLC
0645-2                                   26000 Evergreen Road                     16400 North Park Dr
Case 17-41925-mar                        Southfield, MI 48076-4453                Southfield, MI 48075-4734
Eastern District of Michigan
Detroit
Mon Feb 20 16:19:35 EST 2017

AutoBank Financial SVS                   Krispen S. Carroll                       DCFS Trust
101 NE 3rd Ave.                          719 Griswold                             c/o Michael S. Szuba
20th Floor                               Suite 1100                               40600 Ann Arbor Rd
Fort Lauderdale, FL 33301-1610           Detroit, MI 48226-3314                   Suite 200
                                                                                  Plymouth, MI 48170-4675

Department of Education/ Nelnet          Department of Treasury                   Erika Ruffin
3015 Parker Rd.                          Centralized Insolvency Office            18971 Prevost
Suite 400                                P.O. Box 7346                            Detroit, MI 48235
Aurora, CO 80014-2904                    Philadelphia, PA 19101-7346

First Premier Bank                       JJ Marshall & Associates, Inc.           L J Ross Associates
3820 N Louise Ave                        P.O. Box 182190                          4 Universal Way
Sioux Falls, SD 57107-0145               Utica, MI 48318-2190                     Jackson, MI 49202-1455

Morris B. Lefkowitz                      Michigan Department of Treasury          Michigan State Disbursement Unit
24100 Southfield Rd.                     Bankruptcy Unit                          PO Box 30351
Suite 203                                POB 30168                                Lansing, MI 48909-7851
Southfield, MI 48075-2851                Lansing, MI 48909-7668

Oakland Community College                Oakwood Hospital                         Paramount Recovery Systems
2480 Opdyke Road                         P.O. Box 3475 Cust: OAK                  105 Deana
Bloomfield Hills, MI 48304-2266          Toledo, OH 43607-0475                    Waco, TX 76706-5319

Jermaine D Ruffin                        State of Michigan                        Third Party Witholding Unit
16550 Mark Twain                         Unemployment Insurance Agency            Michigan Dept. of Treasury
Detroit, MI 48235-4063                   3024 W. Grand Blvd                       PO Box 30785
                                         Suite 11-500                             Lansing, MI 48909-8285
                                         Detroit, MI 48202-6024

U.S. Attorney                            Wayne County Friend of the Court         Wayne County Treasurer
Attn:Civil Division                      Penobscot Bldg.                          400 Monroe
Internal Revenue Sevice                  645 Griswold                             Suite 520
211 W. Fort St., Suite 2001              Detroit, MI 48226-4015                   Detroit, MI 48226-2942
Detroit, MI 48226-3220

Wayne County Treasurer                   End of Label Matrix
P.O. Box 33555                           Mailable recipients     24
Detroit, MI 48232-5555                   Bypassed recipients      0
                                         Total                   24
```